## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

NORTHERN NATURAL GAS CO.,                 Civil No. 23-1906 (JRT/SGE)

       Plaintiff,

v.                                                      **ORDER**

EASEMENT AND RIGHT-OF-WAY ACROSS
33.523 ACRES MORE OR LESS, LOCATED
IN LOT 1, BLOCK 1 STEEPLE VIEW 2D
ADDITION, SCOTT COUNTY, MINNESOTA,
et al.,

       Defendants.

---

       Devin Driscoll, **FREDRIKSON & BYRON,** 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

       Corey J Eilers, **EILERS LAW, PLLC,** 8635 Harrison Circle, Bloomington, MN 55437, for defendant Barney Financial, LLC.

       Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated February 12, 2025 (ECF No. 72), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendant Barney Financial, LLC's motion is **GRANTED IN PART and DENIED IN PART** as follows:

       1.     Barney Financial, LLC is **DISMISSED** from this action.

       2.     Each party is ordered to bear their own fees and costs.

Dated: March 6, 2025                                  _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                                              United States District Judge